Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
          hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CASANOVA, individually,<br><br>       Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>       Defendants. | Case No. 2:22-cv-01479-JAD-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF No. 1]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Shannon Casanova ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension, up to and including October 25, 2022, in which to file a response to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based upon the following:

1. Defendant's response to the Complaint (ECF No. 1) is currently due on October 11, 2022.

2. Due to Defense Counsel's recent retention, additional time is required to investigate Plaintiff's allegations before providing a response to the Complaint.

3. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 7th day of October, 2022.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle Barraza*<br>Danielle J. Barraza, Bar No. 13822<br>8816 Spanish Ridge Ave.<br>Las Vegas, Nevada 89148 | */s/ Deverie Christensen*<br>Deverie J. Christensen, Bar No. 6596<br>Hilary Williams, Bar No. 14645<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff*<br>*Shannon Casanova* | *Attorneys for Defendant*<br>*Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 12, 2022