Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
            hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CASANOVA, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01479-JCM-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF No. 1]**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Shannon Casanova ("Plaintiff"), through her counsel Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension, up to and including November 8, 2022, in which to file a response to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based upon the following:

1.　　Defendant's response to the Complaint (ECF No. 1) is currently due on October 25, 2022.

2.　　On October 7, 2022, the Court granted the parties' request to extend the time for Defendant to respond to the Complaint to October 25, 2022 in order to provide Defendant with sufficient time to respond to Plaintiff's Complaint and investigate the allegations therein. ECF No. 7.

3. Defense Counsel is continuing to investigate Plaintiff's allegations in order to respond to Plaintiff's Complaint.

4. In addition, the parties are exploring settlement options and need additional time to explore these options.

5. This is the second request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 25th day of October, 2022.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Danielle J. Barraza | /s/ Hilary A. Williams |
| Danielle J. Barraza, Bar No. 13822 | Deverie J. Christensen, Bar No. 6596 |
| 8816 Spanish Ridge Ave. | Hilary A. Williams, Bar No. 14645 |
| Las Vegas, Nevada 89148 | 300 S. Fourth Street, Ste. 900 |
| | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Shannon Casanova* | *Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 26, 2022