Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CASANOVA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-01479-JCM-DJA<br><br>**STIPULATED:**<br><br>**(1) NOTICE OF SETTLEMENT;**<br><br>**(2) REQUEST FOR STAY; and**<br><br>**(3) REQUEST FOR STATUS CHECK** |

Plaintiff Shannon Casanova ("Plaintiff"), through her counsel, Maier Gutierrez & Associates, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel, Jackson Lewis P.C., hereby file this Stipulated Notice of Settlement and Request for Stay and Status Check. The parties have reached a resolution of this matter and are working to finalize the language of the settlement agreement. The parties need enough time to complete the settlement process, including the issuance of settlement funds, in order to file a stipulation and order to dismiss this action. Thus, the parties request that the Court schedule a settlement status check conference in approximately 60 days, at the Court's convenience, to permit the parties time to complete the settlement process and file a stipulation and order for dismissal. The status check can be vacated if the Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

The parties also request that the Court stay all pending deadlines including the deadlines for Defendant to respond to the Complaint and for the parties to file a discovery plan. The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

Dated this 8th day of November, 2022.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza*<br>DANIELLE J. BARRAZA, ESQ.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Ave.<br>Las Vegas, Nevada 89148 | */s/ Hilary A. Williams*<br>DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>HILARY A. WILLIAMS<br>Nevada Bar No. 14645<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff*<br>*Shannon Casanova* | *Attorneys for Defendant*<br>*Wynn Las Vegas, LLC* |

IT IS ORDERED that a Status Check is set for January 11, 2023, at 11:00 a.m.  The hearing will be automatically vacated if the parties file a Stipulation of Dismissal prior to the hearing.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 8, 2022