Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
            hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CASANOVA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01479-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant Wynn Las Vegas, LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Shannon Casanova ("Plaintiff") by and through her counsel, Maier Gutierrez & Associates, having reached a global resolution, hereby stipulate and

///

///

///

///

///

///

///

///

///

agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 28th day of December, 2022.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* <br> Danielle J. Barraza, Bar No. 13822 <br> 8816 Spanish Ridge Ave. <br> Las Vegas, Nevada 89148 | */s/ Hilary A. Williams* <br> Deverie J. Christensen, Bar No. 6596 <br> Hilary A. Williams, Bar No. 14645 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Shannon Casanova* | *Attorneys for Defendant* <br> *Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 4, 2023